UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHELE A. JACK,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C25-5120-MLP

MINUTE ORDER

       The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

       The parties have filed a stipulated motion for attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). (Dkt. # 14.) The parties' motion fails to comply with EAJA statutory requirements, however. The motion will be considered after an itemized statement of attorneys' fees and an allegation that the position of the United States was not substantially justified are provided to the Court.

    //

    //

MINUTE ORDER - 1

Dated this 9th day of July, 2025.

                                        <u>Ravi Subramanian</u>
                                        Clerk of Court

                                    By: <u>Tim Farrell</u>
                                          Deputy Clerk

MINUTE ORDER - 2